Opinion issued May 3, 2012.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00297-CR

———————————

MICHAEL
DUWAYNE ELLIS, Appellant

V.

THE STATE OF TEXAS, Appellee



 



 

On Appeal from the 23rd District Court 

Brazoria County, Texas



Trial Court Cause No. 62160



 

MEMORANDUM
OPINION

Appellant,
Michael Duwayne Ellis, has filed a motion to dismiss the
appeal.   The motion complies with Texas
Rule of Appellate Procedure 42.2(a).  See Tex.
R. App. P. 42.2(a).
 We have not issued a decision in the
appeal.  The Clerk of this Court has sent
a duplicate copy to the trial court clerk. Id.

Accordingly,
we dismiss the appeal.  See Tex.
R. App. P. 43.2(f).
 We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of
the date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Jennings, Massengale, and
Huddle.

Do not publish. 
 Tex. R. App. P. 47.2(b).